UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　) Case No. MJ09-391
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) **DETENTION ORDER**
MUHAMMED ZBEIDA TILLISY,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　)
　　　　　　　　　　　　　　　　　　)

Offense charged:

　　　Bank Fraud.

　　　Access Device Fraud.

Date of Detention Hearing: August 3, 2009.

　　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　Defendant was originally charged in this case in the Eastern District of Washington. Prior to his conviction, defendant was released. He was rearrested and remanded to custody after he was

DETENTION ORDER -1

caught at the Canada border attempting to leave the county. After serving his sentence defendant's supervision was transferred to this district in May 2009. Defendant did not make himself available for supervision. Instead, the probation office alleges defendant absconded supervision and committed the offenses herein. In the past, defendant has contacted the government of Libya to obtain a passport. In the instant charges, it is alleged that defendant presented a Libyan passport and represented himself as a representative of the Libyan government.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 3rd day of August, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2