UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>    Defendant. | CASE NO. 2:09-CR-00269-MJP<br><br>ORDER |

The Court has received and reviewed Defendant's Motion for Reconsideration of Sentence (Dkt. No. 141) and the United States' Response (Dkt. No. 143). For the reasons cited in the government's responsive brief,

IT IS ORDERED that Defendant's motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _7th_ day of March, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER- 1