UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>　　　　　　　Defendant. | CASE NO. CR09-269 MJP<br><br>ORDER ON MOTION TO FILE VIA ECF |

This matter comes before the Court on Defendant's Motion for Permission to File via the Court's Electronic Case Filing (ECF) System. (Dkt. No. 236.) Defendant seeks permission to file motions using the Court's ECF System as an accommodation for his limited eyesight. To accommodate Defendant's impairment, the Court finds good cause to permit Defendant to file materials in the above-captioned case using ECF. The Court therefore GRANTS the Motion.

\\

\\

\\

ORDER ON MOTION TO FILE VIA ECF - 1

The clerk is ordered to provide copies of this order to Defendant and all counsel.

Dated September 14, 2021.

Marsha J. Pechman
United States Senior District Judge