Honorable MARSHA PECHMAN

United States District Court
Western District of Washington

United States of America           02-09-269-MJP
           Plaintiff                         CR-13-310-RSL

      v.

Muhammed Tillisy              MOTION TO APPOINT
           Defendant                      COUNSEL

Defendant files a request with the court for Appointment of Counsel for the following Reasons:

1. Defendant is legally blind and suffer from a Brain Condition - Psedo Tumor Cerbri and had a crainectomy done on his skull

2. Defendant was denied previously Appointment to persue a "compassionate Release" 18 USC 3582(c)(1)(A) because he is not yet in Federal Custody.

3. Defendant would request Appointed Counsel to petition court to suspend the execution of his sentence in which he Mr. Tillisy has not Formally begun with the "Bureau of Prisons"

Mr. Tillisy has yet to be delivered by the U.S. Marshals into Bureau of Prisons custody. In light of the severity of Mr. Tillisy's situation the Court has in it's inherent authority to suspend the execution of Mr. Tillisy's sentence so he may seek release via Extraordinary Medical Placement for the remainder of his state sentence. RCW, WAC and DOC policy don't allow for such a release with a Federal Marshal Detainer

4. Courts have historically allow defendants months now with even Covid years to begin serving thier Prison Sentence. 18 USC 3141 also allows for such release prior to beginning the sentence.
The court in the alternative can just suspend the execution of sentences for 13-310-RSL 8 yrs and 09-269-MJP (supervised Release violation).

5. With the suspension the U.S. Marshals would notify the Dept of Corrections and Mr. Tillisy can then request for Release under the Extraordinary Medical Placement.

6. The court previously stated since Mr Tillse was not in federal custody he could not petition for removal of detainer placed by the U.S. Marshal. Also court refused appointment after the Federal Public Defender Michael Filiopivic stated that 18 U.S.C 3582 was not a viable option

7. Appointing Counsel could also allow them to contact the Government who may not object to the request of Suspending the sentences for a determinate period. For Relief we request Appointment of Counsel and/or suspension of sentences

Respectfully Submitted

9-8-21

Muhammed Tillisy #870270
Twin Rivers Unit - MCC
P.O. Box 888; B-315
Monroe, WA 98272

FILED
LODGED
RECEIVED

SEP 16 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY_____ DEPUTY



SEATTLE WA 980
14 SEP 2021 PM 6 L

Court Clerk
United States District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101

98101-443555

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.