UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-269 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MUHAMMED ZBEIDA TILLISY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court requests Plaintiff to file responses to Defendant's pending Motions and Requests. (Dkt. Nos. 249, 250, 251, 252, 253.) Any responses must be filed by no later than April 22, 2022. No replies shall be filed unless requested by the Court.

\\

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel and Defendant.

2 | Filed April 11, 2022.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2