UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>                    Defendant. | CASE NO. CR09-269 MJP<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant's Motion for Reconsideration. (Dkt. No. 274.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion.

In this District, motions for reconsideration are disfavored. See Local Rule CrR 12(b)(13)(A). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Id.

1    Defendant has failed to identify any grounds for reconsideration. First, Defendant does
2  not cite to any new facts or legal authority that could not have been presented earlier. Second,
3  Defendant has not demonstrated manifest error in the Court's prior Order. Instead, Defendant
4  merely repeats arguments raised in his extensive briefing that the Court has already considered
5  and rejected. The Court there DENIES the Motion.

6    The clerk is ordered to provide copies of this order to Defendant and all counsel.

7    Dated July 29, 2022.

Marsha J. Pechman
United States Senior District Judge