UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>　　　　　Defendant. | Case Nos. CR13-310RSL<br>CR09-269RSL<br><br>ORDER DISMISSING DEFENDANT'S SECOND MOTION FOR SUBSTITUTION AND APPOINTMENT OF COUNSEL |

　　　This matter comes before the Court on defendant's "Second Emergency Motion to Substitute Counsel" (Dkt. # 285). Because this case was consolidated with cause no. CR09-269RSL on appeal, *see United States v. Tillisy*, No. 22-30151 (9th Cir. Sept. 7, 2022), Dkt. # 2, it also comes before the Court on defendant's identical motion (Dkt. # 293) in that case.

　　　Pursuant to the reasoning put forth in the Court's previous Order dismissing defendant's request for substitution of counsel, *see* No. CR09-269RSL, Dkt. # 292; No. CR13-310RSL, Dkt. # 284, the Court dismisses defendant's instant motion for lack of subject matter jurisdiction.

　　　Because defendant's cases are now on appeal, any concerns regarding his appointed counsel must be directed to the Ninth Circuit.  IT IS SO ORDERED.

　　　DATED this 7th day of February, 2023.

　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING DEFENDANT'S SECOND
MOTION FOR SUBSTITUTION AND
APPOINTMENT OF COUNSEL - 1