The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>Defendant. | Nos.  CR09-0269RSL  CR13-0310RSL<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |

The Court, having reviewed the Motion of the United States to extend by 21 days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for a reduction in sentence on or before October 2, 2024, and the motion should be noted for that date, unless the parties reach a different agreement regarding briefing.

DATED this  10th  day of  September , 2024.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:
*/s/ Michael S. Morgan*
MICHAEL S. MORGAN
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE - 1
*United States v. Tillisy,* CR09-0269RSL, CR13-0310 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970