The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMED ZBEIDA TILLISY,<br><br>Defendant. | Nos. CR09-0269 RSL<br>CR13-0310 RSL<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS C AND D TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS TO MODIFY HIS SENTENCES |

This matter has come before the Court on the motion to seal Exhibits C and D to the Government's Response to Defendant's Motions to Modify his Sentences. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits C and D to the Government's Response to Defendant's Motions to Modify his Sentences, due to the sensitive information contained therein.

//
//
//
//

Sealing Order - 1
*United States v. Tillisy*, CR09-0269RSL, CR13-0310RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED Exhibits C and D to the Government's Response to Defendant's Motions to Modify his Sentences be filed under seal.

DATED this 23rd day of October, 2024.

Robert S. Lasnik
United States District Judge

Presented by:

*s/ Michael S. Morgan*
MICHAEL S. MORGAN
Assistant United States Attorney

Sealing Order - 2
*United States v. Tillisy*, CR09-0269RSL, CR13-0310RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970